# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

| | |
|---|---|
| Aston v. Hauck | 19752 |
| Broer Co. v. Loop | 19762 |
| Cleve. Ry. Co. v. McGinty | 19751 |
| East. States Pub. Co. v. Harden | 19760 |
| Fire Ass'n of Phil. v. Agresta | 19763 |
| Franck v. Seavey Mfg. Co | 19750 |
| Frank v. First Nat. Bk. | 19754 |
| Guardian Sav. & Tr. v. Akron Scrap Co. | 19765 |
| Heddesheimer v. Milliken | 19758 |
| Hirsch v. Conn | 19759 |
| McKerchner et v. King Lumb. Co. | 19753 |
| New Amsterdam Cas. Co. v. Nadler et. | 19766 |
| Ramsey et v. Pub. Util. Com | 19757 |
| Rugg v. Dromgold | 19764 |
| State ex Stanton v. Zangerle | 19755 |
| State ex McCrehen v. Donahey | 19756 |
| Van Sickle v. Salhany | 19761 |

### APRIL 1, 1926

19750—Julian L. Franck v. Seavey Mfg. Co.; motion for Lucas Appeals to certify. Ritter & Brumback, Toledo, for pltf; Tracy Chapman & Welles, Toledo, for deft.

19751—Cleveland Railway Co. v. Magdaline McGinty; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltf; Vickery & Vickery, Cleveland, for deft.

19752—Harvey John Aston v. Henry Hauck; motion for Hamilton Appeals to certify. J. T. Rhyno, Cincinnati, for pltf; Thos. Usher, W. H. Rucker, H. Hauck, Cincinnati, for deft.

19753—J. A. McKerchner et v. John C. King Lumber Co.; motion for Cuyahoga Appeals to certify. Sanders, Monahan & Sanders, Cleveland, for pltf; Thompson, Hine & Flory, Cleveland, for deft.

19754—Fannie Frank v. First Nat. Bk. of Washington, N. C.; motion for Franklin Appeals to certify. B. F. Levinson, D. B. Ulfrey, Columbus, for pltf; C. E. Blanchard, Columbus, for deft.

19755—State of Ohio ex rel Edward C. Stanton, Prosecuting Attorney v. John Zangerle, County Auditor; in mandamus. E. C. Stanton, H. E. Parsons, Cleveland, for pltf; H. R. Cuyler, Cleveland, for deft.

19756—State of Ohio ex rel John E. McCrehen v. Vic Donahey, Governor; in mandamus. Knepper & Wilcox, Columbus and J. W. Jacoby, Marion, for pltf.

### APRIL 8, 1926

19757—Harold Ramsey et v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. O. M. Crotty, P. S. Knight, Cleveland, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19758—Jacob Heddesheimer v. C. W. Milliken; motion for Summit Appeals to certify. C. G. Roetzel and May & May, Akron, for pltf; Roekwell & Grant, Akron, for deft.

### APRIL 9, 1926

19759—Nathan C. Hirsch v. Harry L. Conn as Superintendent of Insurance of the State of Ohio; error to the Franklin Appeals. B. F. Levinson, R. E. Bothwell, Columbus, for pltf; C. C. Crabbe, C. S. Younger, Columbus, for deft.

### APRIL 10, 1926

19760—Eastern States Public Service Co. v. Reeve Harden; motion for Franklin Appeals to certify. Vorys, Sater, Seymour & Pease, Columbus, for pltf; Arnold, Wright & Harlor, Columbus, for deft.

19761—Frank Van Sickle v. Essa Salhany; motion for Summit Appeals to certify. Slabaugh, Seiberling, Huber & Guinther, Akron, for pltf; L. J. Myers, Akron, for deft.

19762—W. F. Broer Co. v. Iva M. Loop; motion for Lucas Appeals to certify. Miller, Brady, Yager & Leidy, Toledo, for pltf; Fraser, Hiatt, Wall & Effler, Toledo, for deft.

19763—Fire Association of Philadelphia v. Joseph Agresta; motion for Ashtabula Appeals to certify. Duffey & Duffey, Cleveland, A. Rinto, Ashtabula, for pltf; Perry, Perry & Perry, Jefferson, and J. H. Copp, Geneva, for deft.

### APRIL 12, 1926

19764—Florence W. Rugg v. John H. Dromgold; motion for Ottawa Appeals to certify. Graves & Duff, Port Clinton, for pltf; True Crawford & True, Port Clinton, for deft.

19765—Guardian Savings & Trust Co. v. Akron Scrap Iron Co.; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltf; Harry G. Fuerst, Cleveland, for deft.

19766—New Amsterdam Casualty Co. v. Abraham Nadler et; motion for Mahoning Appeals to certify. Day & Day, Cleveland, and Carlyle & George, Youngstown, for pltf; Nicholson & Warnock, Youngstown, for deft.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

| | |
|---|---|
| Alter v. Shearwood | 19413 |
| Cain Bros. Bus. Line v. Pub. Util. Com. | 19572 |
| Cleve. Drop Forge v. Travelers Ind. | 19185 |
| Cleve. & E. Trans. Co. v. Pub. Util. Com. | 19569 |
| Det. Tol. & I. R. R. Co. v. Rhors | 19113 |
| Heath v. Cleveland (City) | 19012 |
| Indust. Comm. v. Hibbs | 19621 |
| Indust. Comm. v. Hughes | 19457 |
| Indust. Comm. v. Phillips | 19058 |
| N. Y. & St. L. R. R. Co. v. Biermacher | 19190 |
| North O. Trac. Co. v. Quaker Oats Co. | 19137 |
| State ex Burgess v. Crabbe | 19246 |
| State ex Haavind v. Crabbe | 19245 |
| State ex Swanton Vil. v. Swanton Bd. Ed. | 19484 |
| Stricker v. Ind. Comm | 19469 |

### MOTION DOCKET

| | |
|---|---|
| Atkins v. State | 19679 |
| Cincin. Trac. Co. v. Reshing | 19658 |
| Galloway v. Indust. Comm | 19676 |